B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Michael Allen Pfingston / Tina Kay Pfingston**                Case No. **11-70537-BHL-7**
Debtor(s)                Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**single-family housing**<br>**2700 Capitol Blvd**<br>**Evansville, Indiana 47711**<br>**1-story home, 2,848 sq. ft., 3 BR, 2/5 BA, with 12X20 storage shed**<br>**FMV: $140,000 best estimate** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**GE Money Bank** | **Describe Property Securing Debt:**<br>**2005 Polaris Victory Kingpin V-twin motorcycle**<br>**VIN 5VPCB16D753007493**<br>**30,000 miles** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>ISPC | **Describe Property Securing Debt:**<br>Avian water softener - TO BE SURRENDERED |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>PHH Mortgage/ERA/Mtg Serv Ctr | **Describe Property Securing Debt:**<br>single-family housing<br>2700 Capitol Blvd<br>Evansville, Indiana 47711<br>1-story home, 2,848 sq. ft., 3 BR, 2/5 BA, with 12X20 storage shed<br>**FMV: $140,000 best estimate** |

Property will be (check one):
   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                      Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer USA Inc** | **Describe Property Securing Debt:**<br>**2006 Jeep Commander**<br>**VIN 1J8HG48K06C233209**<br>**49,539 miles** |

Property will be (check one):
  ☐ Surrendered                            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

B8 (Form 8) (12/08)  Page 4

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **December 2, 2013**    Signature **/s/ Michael Allen Pfingston**
**Michael Allen Pfingston**
Debtor

Date **December 2, 2013**    Signature **/s/ Tina Kay Pfingston**
**Tina Kay Pfingston**
Joint Debtor